# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LINDELL JERMYAL STOKES, et al.**  PLAINTIFFS

VS.  CIVIL ACTION NO. 3:23-cv-524-HTW-LGI

**VICTORIA LUCKY, et al.**  DEFENDANTS

## ORDER STAYING DISCOVERY PURSUANT TO LOCAL RULE 16(b)(3)

This matter is before the Court on the [14] Motion to Dismiss filed by the Mississippi Department of Corrections and Burl Cain, sued in his official capacity only. Therein, these Defendants invoked, among other things, Eleventh Amendment immunity. Rule 16(b)(3)(B) of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi states that filing an immunity or jurisdictional defense motion "stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

Accordingly, it is therefore, ORDERED that, pursuant to Local Rule 16(b)(3)(B), the attorney conference, disclosure requirements, and all discovery in this matter are hereby stayed until further order of the Court.

SO ORDERED AND ADJUDGED, this the 8th day of September, 2023.

s/LaKeysha Greer Isaac
United States Magistrate Judge