IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.

Anzores Aldridge
DOB: [redacted]
SSN: [redacted]

FILED
SEP 06 2023
REBECCA N. BOYD, CIRCUIT CLERK
BY

CAUSE NO. 33112

DEFENDANT

## JUDGMENT OF CONVICTION AND SENTENCE INSTANTER

CAME ON THIS DAY TO BE HEARD the sworn petition of the Defendant to enter a plea of guilty to the crime(s) set forth below. Having heard and fully considered the petition and the matters presented in support of the petition, in the presence of the Defendant, the Defendant's attorney, **Joshua Coe,** and the prosecuting attorney, the Court finds that: (1) the Defendant is competent to enter a plea of guilty; (2) the plea(s) of guilty is/are freely, voluntarily, knowingly and intelligently made and entered; (3) that a factual basis exists which establishes the Defendant's guilt beyond a reasonable doubt; and, (4) the Defendant understands his/her constitutional rights and expressly waives those rights to enter his/her plea(s) of guilty; and (5) the plea(s) of guilty is/are offered with recommendation from the State as to sentence which Defendant acknowledged the Court is not bound to accept. **IT IS, THEREFORE, ORDERED** that the Defendant's plea(s) of guilty be accepted and the Defendant is hereby adjudicated to be guilty of:

**33112: Sexual Activity with an Inmate**

**IT IS FURTHER ORDERED** that the Defendant is hereby sentenced as follows:

**33112**: to serve a term of five (5) years in the custody of the Mississippi Department of Corrections with five (5) years suspended, the defendant shall be released and placed on supervised probation under the direct supervision of MDOC.

**IT IS, THEREFORE, FURTHER ORDERED** the Defendant be placed on supervised probation for a period of five (5) years, pursuant to the terms and conditions set forth by MCA §47-7-35, with additional terms of supervision to be that:

(1) should not have any contact with the victim(2) pay court costs in the amount of $1,441.50 and fine in the amount of $1,000.00 to the Crime Victims Compensation Fund; all to be paid at the rate of not less than $50.00 a month to begin the first working day of October 2023 and to continue month to month until paid in full.

The above imposed sentence is ordered to run consecutive to any and all other sentences.

**THE COURT HEREBY INFORMS** you that you have pled guilty to **and have been convicted of a sex offense or attempted sex offense or if you have been twice adjudicated delinquent for a sex offense or an attempted sex offense or if you have been acquitted by reason of insanity for a sex offense or an attempted sex offense** under and pursuant to Section 45-33-25 et seq, you are required to register as a sex offender with the Mississippi Department of Public Safety and/or the Sheriff of the County of your residence. You must also re-register thereafter at the times and places as required pursuant to Section 45-33-31 et seq.

**IT IS, THEREFORE, FURTHER ORDERED** that you register as required pursuant to Section 45-33-25 et eq. and/or re-register as required pursuant to Section 45-33-31 et seq. and/or as required pursuant to any other applicable code section or statute of the Mississippi Code of 1972.

**IT IS FURTHER ORDERED** that the Defendant be given credit for all time served in pretrial detainment on the above described charges.

**SO ORDERED AND ADJUDGED** this the 29th day of August, 2023.

CIRCUIT COURT JUDGE