IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| LINDELL JERMYAL STOKES and<br>WENDY LARANA PERKINS, Individually<br>And as Parents and Next Friends of J.M.S., a<br>Minor, and J.M.S., by and through his Parents<br>And Next Friends, Lindell Jermyal Stokes and<br>Wendy Larana Stokes | | PLAINTIFFS |
| VS. | CIVIL ACTION NUMBER 3:23-cv-524-HTW-LGI | |
| VICTORIA LUCKY, MISSISSIPPI<br>DEPARTMENT OF CHILD PROTECTIVE<br>SERVICES; ANDREA SANDERS, as<br>COMMISSIONER OF MISSISSIPPI<br>DEPARTMENT OF CHILD PROTECTIVE<br>SERVICES IN HER OFFICIAL CAPACITY;<br>CITY OF FLOWOOD, MISSISSIPPI; CHRIS<br>BOWERS, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY as DIRECTOR OF<br>PARKS AND RECREATION, CITY OF<br>FLOWOOD, MISSISSIPPI; MISSISSIPPI<br>DEPARTMENT OF CORRECTIONS;<br>BURL CAIN, as COMMISSIONER OF<br>MISSISSIPPI DEPARTMENT OF<br>CORRECTIONS IN HIS OFFICIAL<br>CAPACITY; AND ANDROUS C. ALDRIDGE | | DEFENDANTS |

## NOTICE OF APPEARANCE

Please take notice that John P. Sneed hereby enters his appearance in the above-captioned matter as counsel on behalf of the Defendants Mississippi Department of Child Protective Services (hereafter "MDCPS") and Andrea Sanders, the Commissioner of the Mississippi Department of Child Protective Services, in her official capacity.

All future e-filings, pleadings and correspondence should include John P. Sneed at the address noted below.

    John P. Sneed
    Special Assistant Attorney General – Civil
    550 High Street; Suite 1100 (39201)
    Post Office Box 220
    Jackson, MS  39205
    Email:  john.sneed@ago.ms.gov

RESPECTFULLY SUBMITTED, this the 28th day of June, 2024.

    MISSISSIPPI DEPARTMENT OF CHILD PROTECTIVE SERVICES AND ANDREA SANDERS, AS COMMISSIONER OF MISSISSIPPI DEPARTMENT OF CHILD PROTECTIVE SERVICES IN HER OFFICIAL CAPACITY, DEFENDANTS

    By:    LYNN FITCH, ATTORNEY GENERAL
            STATE OF MISSISSIPPI

    By:    s/*John P. Sneed*
            JOHN P. SNEED (MSB #7652)
            Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4072
Fax:  (601) 359-2003
john.sneed@ago.ms.gov

*Attorney for Mississippi Department of*
    *Child Protective Services and*
    *Andrea Sanders, as Commissioner*
    *Of Mississippi Department of*
    *Child Protective Services in Her*
    *Official Capacity*

## CERTIFICATE OF SERVICE

I, John P. Sneed, Special Assistant Attorney General and attorney for Defendants, Mississippi Department of Child Protective Services and Andrea Sanders, Commissioner of the Mississippi Department of Child Protective Services, in her official capacity, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's CM/ECF filing system which sent notification of such filing to all counsel of record.

THIS the 28th day of June, 2024.

s/*John P. Sneed*
JOHN P. SNEED